```
Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtors,
Jerry and Margaret Harvey
6700 Cedarcrest Avenue
Bakersfield, CA 93308
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re                          ) Chapter 13
                               ) Case #21-11148-A-13K
JERRY GLYNN HARVEY,            ) D.C. #RSW-1
                               )
                               ) Date:  August 5, 2021
MARGARET ROSE HARVEY,          ) Time:  9:00 a.m.
                               ) Place: 510 19th Street
                               )        Bakersfield, CA
              Debtors.         )        Judge Niemann
```

**MOTION TO VALUE COLLATERAL**

TO OCWEN LOAN SERVICING, LLC:

　　　COME NOW, JERRY HARVEY and MARGARET HARVEY, Debtors herein, and respectfully ask this Court to approve their MOTION TO VALUE COLLATERAL of OCWEN LOAN SERVICING, LLC, as follows:

　　　1.　Debtors filed a Chapter 13 bankruptcy on 5/1/21, and the meeting of creditors is set for 6/1/21.

　　　2.　This Motion is to value the collateral of OCWEN LOAN SERVICING, LLC, Creditor, pursuant to Bankruptcy Code § 1322(c)(2), which is the Debtors' property at 6700 Cedarcrest Avenue, Bakersfield, California, upon which there is a deed of trust as follows:

///

///

1    a.   Lien Holder:          Ocwen Loan Servicing, LLC
          1st Priority Level:   1st Trust Deed
2         Amount Owed:          $265,776.84
          Record Doc. #:        0206063964
3         Record Date:          3/17/2006

4    b.   Lien Holder:          Ocwen Loan Servicing, LLC
          2nd Priority Level:   2nd Trust Deed
5         Amount Owed:          $63,729.08
          Record Doc. #:        0206063965
6         Record Date:          3/17/2006

3. The property is worth $285,000.00, which is less than the amount owed on the first and second trust deeds. The second trust deed has matured. Therefore the plan proposes to pay $19,223.16 to Creditor on its second trust deed, with the remainder of the debt in the amount of $44,505.92 being treated as unsecured. The plan proposes 0% payment to unsecured creditors. A copy of Debtors' plan, which has not yet been confirmed, is included with this motion to all interested parties.

WHEREFORE, Debtors pray that this Court approve the Motion to Value Collateral of Ocwen Loan Servicing, LLC, and for such other and further relief as is just.

DATED: June 28, 2021

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtors