Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtors,
Jerry and Margaret Harvey
6700 Cedarcrest Avenue
Bakersfield, CA 93308

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) Case #21-11148-A-13K |
| JERRY GLYNN HARVEY, | ) D.C. #RSW-1 |
| | ) |
| | ) Date: August 5, 2021 |
| MARGARET ROSE HARVEY, | ) Time: 9:00 a.m. |
| | ) Place: 510 19th Street |
| | ) Bakersfield, CA |
| Debtors. | ) Judge Niemann |

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL**

TO OCWEN LOAN SERVICING, LLC:

PLEASE TAKE NOTICE that on August 5, 2021, at 9:00 a.m., at Bankruptcy Court, U.S. Courthouse, 510 19th Street, Bakersfield, CA, there will be a hearing on the Debtors' Motion to Value Collateral of OCWEN LOAN SERVICING, LLC.

Opposition, if any, to the granting of the motion shall be in writing and filed with the United States Bankruptcy Court, Eastern District of California, 2500 Tulare Street, Suite 2501, Fresno, California 93721, and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Any opposition shall be served on:

///

1. Debtor's Attorney, Robert S. Williams, 2441 G Street, Suite A, Bakersfield, CA 93301, and

2. Chapter 13 Trustee, Michael H. Meyer, P.O. Box 28950, Fresno, CA 93729.

Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Respondents can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view any pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED: June 28, 2021

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtors